JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PETER KVASSAY <br><br> ROBERT KVASSAY AND THE KVASSAY FAMILY TRUST DATED FRBRUARY 26, 1993, <br><br> Appellants, <br><br> v. <br><br> PETER KVASSAY, <br><br> Appellee. <br><br> ROBERT KVASSAY, <br><br> Appellant, <br><br> v. <br><br> PETER KVASSAY, <br><br> Appellee. | Case Nos. CV 16-8015 FMO <br> 16-8399 FMO <br><br> **ORDER RE: CONSOLIDATION** |

"When parties have separately filed timely notices of appeal, the district court or BAP may join or consolidate the appeals." Fed. R. Bankr. P. 8003. The appellants in Case No. CV 16-8015 and Case No. CV 16-8399 appeal the same judgment in the underlying adversary proceeding, Case No. AP 12-2577. Under the circumstances, the court is persuaded that consolidation of the

above-captioned appeals is appropriate as it would conserve the resources of both the parties and the court. Accordingly, IT IS SO ORDERED that:

    1. Case Nos. CV 16-8015 and 16-8399 are consolidated for all purposes. The Clerk shall consolidate these actions such that **Case No. CV 16-8015 shall be the lead case**. All future filings shall be filed in Case No. CV 16-8015 unless otherwise ordered by the court. The Clerk shall administratively close Case No. CV 16-8399 pending further order of the court.

    2. The court will issue a separate order setting a briefing schedule for the consolidated appeal in Case No. CV 16-8015.

Dated this 17th day of November, 2016.

                                                 /s/
                                  Fernando M. Olguin
                               United States District Judge